# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS RHODEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. MAYBERG, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-1151-LJO DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 3) |

　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 8, 2007, plaintiff filed a complaint and a motion for preliminary injunction.  On October 19, 2007, the Court ordered service of the complaint.

　　　Defendants are ordered to file their response to plaintiff's motion for preliminary injunction within 30 days of this order.

　　　IT IS SO ORDERED.

　　　Dated:　**March 11, 2008**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1