IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN W. MAYBERG, et al.,<br><br>　　　　　Defendants.<br>_____ / | Case No. 1:07-cv-01151-LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION.<br><br>(Doc. 3) |

　　　　Plaintiff Lawtis Donald Rhoden, a civil detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On July 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On July 24, 2008, plaintiff filed an Objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 14, 2008, is adopted in full;
2. Plaintiff's motion for a temporary restraining order / injunctive relief, filed August 8, 2007 is DENIED; and
3. Plaintiff's Fourteenth Amendment claim concerning the potential confiscation of his laptop computer is DISMISSED, without prejudice, for lack of subject matter jurisdiction.  IT IS SO ORDERED.

**Dated:   September 2, 2008**         /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE