# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>            Plaintiff,<br><br>STEPHEN W. MAYBERG, et al.,<br><br>            Defendants<br>_____/ | Case No. 1:07-cv-01151-LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL PLEADING<br><br>(Doc. 21)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED COMPLAINT<br><br>(Doc. 22)<br><br>ORDER FINDING SERVICE OF SUPPLEMENTAL COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 22) |

Plaintiff Lawtis Donald Rhoden ("plaintiff") is a civil detainee housed at Coalinga State Hospital, and is proceeding pro se and in forma pauperis. On May 20, 2008, plaintiff filed a motion for leave to amend his complaint. (Doc. 21). Upon review, the Court construes plaintiff's motion as a request to file a supplemental pleading. Defendants filed a statement of non-opposition on May 23, 2008. (Doc. 23).

The court has screened plaintiff's supplemental complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and cannot find that it does not state cognizable claims for relief under section 1983 against defendants

1

Mayberg, Kramer, Radavsky and Ahlin for violation of the Due Process Clause of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); <u>Swierkiewicz v. Sorema N. A.</u>, 534 U.S. 506, 512-15 (2002); <u>Hydrick v. Hunter</u>, 466 F.3d 676, 697 (9th Cir. 2006). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants[1]:

    NORM KRAMER

    CYNTHIA A. RADAVSKY

    PAM AHLIN

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the supplemental complaint lodged May 20, 2008.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed supplemental complaint filed May 20, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **October 22, 2008**              /s/ **Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Service for defendant Mayberg is not required as he has already appeared in this action.