UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>         Plaintiff,<br><br>    v.<br><br>STEPHEN W. MAYBERG, BEN McCLAIN, GEORGE MAYNARD, NORM KRAMER, CYNTHIA A. RADAVSKY, and PAM AHLIN,<br><br>         Defendants. | Case No. 1:07-cv-1151-BLW-LMB<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to File Objections to the Report and Recommendation (Dkt. 51). Good cause appearing, Plaintiff's Motion (Dkt. 51) is GRANTED. Plaintiff shall file any objections no later than **October 29, 2010**.

DATED: **September 30, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER - 1**