UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS RHODEN,<br><br>    Plaintiff;<br><br>v.<br><br>STEPHEN MAYBERG, et al.,<br><br>    Defendants. | Case No. 1:07-CV-01151-BLW-LMB<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **January 21, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER ON REPORT AND RECOMMENDATION - 1**